IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NA-ZER HAYMAN-COOPER, | § | |
| | § | No. 252, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 2106007748 & |
| STATE OF DELAWARE, | § | 2207010076 (N) |
| | § | |
| Appellee. | § | |

Submitted: September 17, 2024
Decided: October 7, 2024

## ORDER

On August 26, 2024, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix by the filing deadline of August 13, 2024. Postal records show that the notice to show cause was delivered by September 6, 2024. A timely response to the notice to show cause was due by September 16, 2024. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice